Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−14335−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Claudia Ferrera                                  Robert J Ferrera
   aka Claudia Swabsin                     aka Robert Ferrera Sr.
   64 Mawal Drive                                64 Mawal Drive
   Cedar Grove, NJ 07009                Cedar Grove, NJ 07009

Social Security No.:
   xxx−xx−5956                                    xxx−xx−4221

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/9/20 at 10:00 AM

to consider and act upon the following:

*24* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*26* − Certification in Opposition to (related document:24 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/20/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Claudia Ferrera, Robert J Ferrera. (Sherman, Scott)

Dated: 12/19/19

                                                                  Jeanne Naughton
                                                                   Clerk, U.S. Bankruptcy Court