SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ 07006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 19-14335

| Re: | CLAUDIA FERRERA | Atty: | SCOTT D. SHERMAN ESQ |
|---|---|---|---|
| | ROBERT J FERRERA | | MINION & SHERMAN |
| | 64 MAWAL DRIVE | | 33 CLINTON ROAD, SUITE 105 |
| | CEDAR GROVE, NJ 07009 | | WEST CALDWELL, NJ 07006 |

### RECEIPTS AS OF 01/15/2020         (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/01/2019 | $250.00 | 5745111000 | 05/01/2019 | $250.00 | 5822342000 |
| 06/03/2019 | $250.00 | 5902754000 | 07/01/2019 | $250.00 | 5974809000 |
| 08/02/2019 | $250.00 | 6061560000 | 09/03/2019 | $250.00 | 6141221000 |
| 09/30/2019 | $250.00 | 6214093000 | 11/08/2019 | $250.00 | 6319157000 |
| 12/10/2019 | $250.00 | 6386640000 | 01/09/2020 | $250.00 | 6469718000 |

**Total Receipts: $2,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $2,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020         (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| VRMTG ASSET TRUST | | | | | | | |
| | 01/13/2020 | $161.56 | 840,986 | | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 100.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | LVNV FUNDING LLC | UNSECURED | 2,585.74 | 100.00% | 0.00 | 2,585.74 |
| 0002 | CREDIT FIRST | UNSECURED | 913.21 | 100.00% | 0.00 | 913.21 |
| 0004 | ERC/ENHANCED RECOVERY CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | ONEMAIN | VEHICLE SECURE | 20.00 | 100.00% | 0.00 | 20.00 |
| 0008 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | VRMTG ASSET TRUST | MORTGAGE ARRE | 97,280.87 | 100.00% | 161.56 | 97,119.31 |
| 0012 | WELLS FARGO AUTO | VEHICLE SECURE | 394.98 | 100.00% | 0.00 | 394.98 |
| 0013 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,456.25 | 100.00% | 0.00 | 1,456.25 |

**Total Paid: $2,262.31**
See Summary

**Chapter 13 Case # 19-14335**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,500.00    -    Paid to Claims: $161.56    -    Admin Costs Paid: $2,100.75    =    Funds on Hand: $237.69

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.