Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14335−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Claudia Ferrera
aka Claudia Swabsin
64 Mawal Drive
Cedar Grove, NJ 07009

Robert J Ferrera
aka Robert Ferrera Sr.
64 Mawal Drive
Cedar Grove, NJ 07009

Social Security No.:
xxx−xx−5956                                                          xxx−xx−4221

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 1, 2019.

On 1/21/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:           February 27, 2020
Time:           08:30 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 23, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-14335-JKS
Claudia Ferrera                                                     Chapter 13
Robert J Ferrera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Jan 23, 2020
                            Form ID: 185             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db/jdb         +Claudia Ferrera,    Robert J Ferrera,    64 Mawal Drive,    Cedar Grove, NJ 07009-1448
518060726      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
518221958       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
518060727      +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland, OH 44181-0315
518060730      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518060732      +Phelan Hallinan & Schmeig, PC,    Attn: Rosemarie Diamond,    400 Fellowship Road - Suite 100,
                 Mount Laurel, NJ 08054-3437
518160803      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518060735      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 23:56:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 23:56:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:04:31
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518060728      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 23 2020 23:56:09      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
518060729      +E-mail/Text: bknotice@ercbpo.com Jan 23 2020 23:56:46      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518216252       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2020 00:03:06      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518074555       E-mail/PDF: cbp@onemainfinancial.com Jan 24 2020 00:02:23      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
518060731      +E-mail/PDF: cbp@onemainfinancial.com Jan 24 2020 00:03:19      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
518060733      +E-mail/Text: bankruptcy@savit.com Jan 23 2020 23:57:27      SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
518060734       E-mail/Text: bkteam@selenefinance.com Jan 23 2020 23:55:51      Selene Finance, LP,
                 9990 Richmond Ave.,    Suite 400 South,    Houston, TX 77042-4546
518061222      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 00:02:39      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518239041      +E-mail/Text: bkteam@selenefinance.com Jan 23 2020 23:55:51      VRMTG Asset Trust,
                 c/o Selene Finance, LP,    Attn: BK Dept.,    9990 Richmond Ave., Suite 400 South,
                 Houston, TX 77042-4546
518208812      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2020 00:15:27      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jan 23, 2020
                              Form ID: 185             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    VRMTG ASSET TRUST dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Claudia  Ferrera ssbankruptcy@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Robert J Ferrera ssbankruptcy@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```