UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VRMTG Asset Trust

In Re:

Claudia Ferrera & Robert Ferrera,

Debtors.

| | |
|---|---|
| Case No.: | 19-14335-JKS |
| Chapter: | 13 |
| Hearing Date: | 2/27/2020 |
| Judge: | Sherwood |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☒ Settled                    ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 64 Mawal Drive, Cedar Grove, NJ (Docket # 34)

_____

Date:  2/25/2020                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*