Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−14335−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Claudia Ferrera
aka Claudia Swabsin
64 Mawal Drive
Cedar Grove, NJ 07009

Robert J Ferrera
aka Robert Ferrera Sr.
64 Mawal Drive
Cedar Grove, NJ 07009

Social Security No.:
xxx−xx−5956

xxx−xx−4221

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/25/21 at 10:00 AM

to consider and act upon the following:

*68* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/22/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*70* − Certification in Opposition to (related document:68 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/22/2021. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Robert J Ferrera. (Sherman, Scott)

Dated: 2/17/21

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court