| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Scott D. Sherman, Esq.<br>Minion & Sherman<br>33 Clinton Road - Suite 105<br>West Caldwell, New Jersey 07006<br>phone 973-882-2424<br>fax 973-882-0856<br>ssherman@minionsherman.com | |
| In Re:<br><br>CLAUDIA FERRERA<br>ROBEERT FERRERA,<br><br>DEBTORS | Case No.: 19-14335<br><br>Chapter: 13<br><br>Judge: SHERWOOD |

Order Filed on June 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 17, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____SCOTT D. SHERMAN, ESQ._____, the applicant, is allowed a fee of __$400.00__ for services rendered and expenses in the amount of $_____0.00____ for a total of $____400.00_____ The allowance shall be payable:

    **X**__  through the Chapter 13 plan as an administrative priority.

    _____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for ____N/A_____ months to allow for payment of the aforesaid fee.

These Fees shall be payable by the Chapter 13 Trustee from funds on hand along with any remaining unpaid balance due to counsel under the Chapter 13 Plan, to the extent funds are available, and shall be paid notwithstanding any dismissal of this case.

*Revised 10/3/02*